Case 3:21-cv-00703-BJB   Document 1-1   Filed 11/23/21   Page 1 of 7 PageID #: 5
Filed                   21-CI-00434       09/01/2021        Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
CIVIL ACTION NO.: 21-CI-_____
DIVISION _____
*Electronically Filed*

GREGORY GANT                                                                          PLAINTIFF

v.

RUSLAN N. KOROL                                                                       DEFENDANTS
    **Serve via Kentucky Secretary of State**:
    Ruslan N. Korol
    7767 Mist Trail Way
    Antelope, CA 95843

and

ALFA TRANSPORT, INC.
    **Serve via Kentucky Secretary of State**:
    Sergey Kolomiyets, Registered Agent
    7749 Borthwich Way
    Antelope, CA 95843

## COMPLAINT

Plaintiff, Gregory Gant, for his Complaint against Defendants, Ruslan N. Korol and Alfa Transport, Inc., state as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.    Plaintiff, Gregory Gant, is a citizen and resident of the Commonwealth of Kentucky residing at 13315 Oak Forest Ct. Louisville, KY 40245.

2.    At all relevant times, Defendant, Ruslan N. Korol ("Defendant Korol"), is a citizen and resident of the State of California, residing at 7767 Mist Trail Way, Antelope, CA 95843, and can receive service at that address through the Kentucky Secretary of State.

Presiding Judge: HON. JERRY D. CROSBY II (612409)

EXHIBIT A

COM : 000001 of 000007

Filed          21-CI-00434     09/01/2021        Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

3. At all relevant times, Defendant, Alfa Transport, Inc. ("Defendant Alfa Transport"), is a California corporation incorporated and existing under the laws of the State of California, with its principal place of business located at 7749 Borthwich Way, Antelope, CA 95843.

4. Upon information and belief, Defendant Alfa Transport has designated Sergey Kolomiyets as its registered agent of process, who can receive service at 7749 Borthwich Way, Antelope, CA 95843.

5. At all relevant times, Defendant Korol, was the employee, agent, servant, and/or statutory employee for Defendant Alfa Transport, operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant Alfa Transport. Accordingly, Defendant Alfa Transport is vicariously liable for the acts of Defendant Korol.

6. The amount in controversy exceeds the minimum amount necessary to establish the jurisdiction of this Court.

7. Venue is appropriate because the tractor-trailer collision giving rise to this lawsuit occurred in Crestwood, Oldham County, Kentucky, on September 17, 2020.

## COUNT I – COMMON LAW NEGLIGENCE AGAINST DEFENDANTS KOROL AND ALFA TRANSPORT

8. On or about September 17, 2020, in Crestwood, Oldham County, Kentucky, Defendant Korol was operating a 2016 Freightliner tractor with attached box trailer, and traveling southbound on Interstate 71 in the left passing lane.

9. Upon information and belief, the 2016 Freightliner tractor with attached box trailer was operated by Defendant Korol on behalf of his employer, Defendant Alfa Transport.

10. As Defendant Korol was traveling soundbound in the left passing lane of Interstate 71, he failed to observe a 2017 Volkswagen Passat, in which Plaintiff was the restrained driver,

Presiding Judge: HON. JERRY D. CROSBY II (612409)

COM : 000002 of 000007

Filed          21-CI-00434     09/01/2021        Stephen Kaelin, Oldham Circuit Clerk

Filed 21-CI-00434 09/01/2021 Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

entering the right lane of Interstate 71 from an on ramp. Suddenly and without warning Defendant Korol 2016 Freightliner came over into the right slow lane striking Plaintiffs vehicle.

11. Defendant Korol operated the 2016 Freightliner tractor-trailer in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant Alfa Transport is vicariously liable.

12. As a direct and proximate result of the gross negligence and carelessness of Defendants Korol and Alfa Transport, the Plaintiff, Gregory Gant, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Gregory Gant, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

## COUNT II – NEGLIGENCE *PER SE*
## AGAINST DEFENDANTS KOROL AND ALFA TRANSPORT

13. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

14. Defendant Korol violated state and federal statutes and regulations, including but not limited to KRS 189.290, KRS 189.330, 189.338, KRS 189.390, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant Alfa Transport is vicariously liable.

15. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Korol's violation of these statutes, for which Defendant Alfa Transport is vicariously liable.

3

Presiding Judge: HON. JERRY D. CROSBY II (612409)

COM : 000003 of 000007

Case 3:21-cv-00703-BJB   Document 1-1   Filed 11/23/21   Page 4 of 7 PageID #: 8
Filed                     21-CI-00434     09/01/2021           Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

16. As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Korol and Alfa Transport, the Plaintiff, Gregory Gant, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Gregory Gant, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT ALFA TRANSPORT

17. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

18. Defendant Alfa Transport had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Defendant Korol, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

19. Defendant Alfa Transport had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

20. Defendant Alfa Transport was negligent, careless and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

21. Defendant Alfa Transport violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

Filed 21-CI-00434 09/01/2021 Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

22. As a direct and proximate result of the gross negligence, carelessness, and recklessness of Defendants Korol and Alfa Transport, the Plaintiff, Gregory Gant, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Gregory Gant, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT IV – PUNITIVE DAMAGES AGAINST DEFENDANT KOROL AND DEFENDANT ALFA TRANSPORT

23. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

24. Defendant Alfa Transport and Defendant Korol acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions as well as exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186. Furthermore, punitive damages are supported by Kentucky's declaration that tractor-trailers endanger the lives and safety of the traveling public, which includes Plaintiff, pursuant to KRS 189.670, which states:

> It is hereby declared to be the public policy of this state that heavy motor trucks, alone or in combination with other vehicles, increase the cost of highway construction and maintenance, interfere with and limit the use of highways for normal traffic thereon, and endanger the safety and lives of the traveling public, and that the regulations embodied in this chapter with respect to motor trucks, semitrailer trucks and semitrailers are necessary to achieve economy in highway costs, and to permit the highways to be used freely and safely by the traveling public.

25. Defendant Alfa Transport and Defendant Korol acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions, as well as

Filed 21-CI-00434 09/01/2021 Stephen Kaelin, Oldham Circuit Clerk

Presiding Judge: HON. JERRY D. CROSBY II (612409)

COM : 000005 of 000007

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, as set forth above, so as to warrant the imposition of punitive damages.

26. The imposition of punitive damages is necessary to serve as a deterrent effect to Defendants Korol and Alfa Transport, and all others similarly situated.

**WHEREFORE**, Plaintiff, Gregory Gant, demands judgment against Defendants Ruslan N. Korol and Alfa Transport, Inc., as follows:

A. A trial by jury on all issues of fact herein;

B. For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

Presiding Judge: HON. JERRY D. CROSBY II (612409)

COM : 000006 of 000007

Filed Case 3:21-cv-00703-BJB Document 1-1 Filed 11/23/21 Page 7 of 7 PageID #: 11
Filed  21-CI-00434  09/01/2021  Stephen Kaelin, Oldham Circuit Clerk

NOT ORIGINAL DOCUMENT
10/01/2021 02:31:46 PM
81357-1

# CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

Anthem Health Plans of Kentucky
ATTN: Subrogation Department
P.O. Box 659940
San Antonio, TX 78265

RESPECTFULLY submitted this 1st day of September, 2021:

/s/ Shea W. Conley
SHEA W. CONLEY
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8364
Facsimile: (859) 899-8108
sconley@forthepeople.com
*Counsel for Plaintiff*